UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  : Hon.

v.  : Criminal No. 10- 243 (JAP)

STEVEN T. BARYLA  : 18 U.S.C. § 2252A(a)(1) & (a)(5)(B)
  18 U.S.C. § 2
 :

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

### COUNT ONE

On or about June 3, 2009, in Ocean County, in the District of New Jersey, and elsewhere, defendant

STEVEN T. BARYLA

did knowingly mail, transport and ship in interstate commerce by any means, including by a computer, child pornography, as defined in 18 U.S.C. § 2256(8)(A).

In violation of Title 18, United States Code, Section 2252A(a)(1) & (b)(1) and Section 2.

## COUNT TWO

On or about June 5, 2009, in Ocean County, in the District of New Jersey, and elsewhere, defendant

### STEVEN T. BARYLA

did knowingly mail, transport and ship in interstate commerce by any means, including by a computer, child pornography, as defined in 18 U.S.C. § 2256(8)(A).

In violation of Title 18, United States Code, Section 2252A(a)(1) & (b)(1) and Section 2.

## COUNT THREE

On or about June 3, 2009, in Ocean County, in the District of New Jersey and elsewhere, the defendant,

### STEVEN T. BARYLA,

did knowingly possess and access with the intent to view images of child pornography as defined in Title 18, United States Code, Section 2256(8), which images had been shipped and transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) & (b)(2) and Section 2.

## **COUNT FOUR**

On or about June 5, 2009, in Ocean County, in the District of New Jersey and elsewhere, the defendant,

### STEVEN T. BARYLA,

did knowingly possess and access with the intent to view images of child pornography as defined in Title 18, United States Code, Section 2256(8), which images had been shipped and transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) & (b)(2) and Section 2.

## COUNT FIVE

On or about June 29, 2009, in Ocean County, in the District of New Jersey and elsewhere, the defendant,

STEVEN T. BARYLA,

did knowingly possess and access with the intent to view images of child pornography as defined in Title 18, United States Code, Section 2256(8), which images had been shipped and transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) & (b)(2) and Section 2.

_____
FOREMAN OF THE GRAND JURY

*[signature]*
PAUL J. FISHMAN
United States Attorney

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

STEVEN T. BARYLA

INDICTMENT FOR

18 U.S.C. § 2252A(a)(1) & (a)(5)(B)

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

JAMES T. KITCHEN
*ASSISTANT U.S. ATTORNEY*
*TRENTON, NEW JERSEY*
*(609) 989-2190*