United States District Court
District of New Jersey

**UNITED STATES OF AMERICA**

v.

**STEVEN T. BARYLA**

**WARRANT FOR ARREST**

**Case Number: 10-** 243 (JAP)

To:   The United States Marshal
        and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   STEVEN T. BARYLA

**and bring him forthwith to the nearest magistrate to answer a(n)**

_X_ Indictment   __ Information   ___ Complaint   __Order of court   __Violation Notice   __ Probation Violation Petition

which charges that he did  knowingly mail, transport and ship in interstate commerce by any means, including by a computer, child pornography.

in violation of Title __18__, United States Code, Section(s) 18 U.S.C. § 2252A(a)(1) & (a)(5)(B)

Lois H. Goodwin
_____
**Name of Issuing Officer**

_US Magistrate Judge_
**Title of Issuing Officer**

_____
**Signature of Issuing Officer**

April 8, 2010, Trenton, NJ
**Date and Location**

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at<br><br>_____ |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |